# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| v. | ) ) | No. 1:14-cr-10363-RGS |
| **GLENN CHIN,** | ) ) | |
| **Defendant** | ) ) | |

## NOTICE OF WITHDRAWAL OF PREVIOUSLY FILED MOTION

Now comes counsel for Glenn Chin, the defendant in the above entitled matter, and hereby gives notice to this Honorable Court that he intends to withdraw a motion that he has previously filed on behalf of Mr. Chin.

Counsel filed a Motion to Amend on behalf of Mr. Chin on July 7, 2015.  Counsel hereby notifies this Court that he is withdrawing that motion.

/s/ Stephen J. Weymouth

/s/ Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680
sweymouth@sweymouthlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice has been filed through the ECF system, and will be sent electronically to the individuals named on the Notice of Electronic Filing generated in connection herewith on July 13, 2015.

/s/ Stephen J. Weymouth

/s/ Stephen J. Weymouth