UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GLENN A. CHIN, )<br>)<br>Defendant. )<br>) | Court No.: 14-cr-10363-RGS-2 |

**GOVERNMENT'S MOTION FOR CLARIFICATION REGARDING
TIME LIMITS FOR TRIAL OF DEFENDANT GLENN CHIN**

The government requests that the Court clarify and revise the time limits it has set for the government to present its case-in-chief in the upcoming trial of defendant Glenn A. Chin.

The Court previously requested that the parties provide it with an estimate of how much time each side requires to present its case-in-chief during the trial. In response, the government stated that it required 75 hours of trial time, *exclusive* of cross-examination and breaks, in order to present its case. At a subsequent pre-trial conference in the case, the government understood the Court to state that it was amenable to that request and, as a result, had set aside six weeks on its calendar for the trial.

In a Notice issued yesterday, the Court indicated that the government would only have 60 hours of trial time, *inclusive* of cross-examination, a period of three weeks. See Doc. No. 1145. The government submits that it requires at least 100 hours of trial time, inclusive of cross-examination, in order to present its case against Chin. Coupled with the Court's limit of 20 hours for the defense case (based on his request), the total trial time would be 120 hours, or six weeks, which is consistent with the schedule the this Court previously set.

WHEREFORE, the government requests that the Court revise the time limit it has set for the government to present its case-in-chief in the trial against Chin from 60 hours to 100.

    Respectfully submitted,

    WILLIAM D. WEINREB
    ACTING UNITED STATES ATTORNEY

By:   /s/ Amanda P.M. Strachan
    AMANDA P.M. STRACHAN
    BBO # 641108
    GEORGE P. VARGHESE
    Assistant United States Attorneys
    John J. Moakley United States Courthouse
    One Courthouse Way, Suite 9200
    Boston, Massachusetts 02210
    (617) 748-3100
    amanda.strachan@usdoj.gov
    george.varghese@usdoj.gov

Dated: June 28, 2017

<u>Certificate of Service</u>

    I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendant, who are registered participants as identified on the Notice of Electronic Filing (NEF).

                                        By:   <u>/s/ Amanda P.M. Strachan</u>
                                                  AMANDA P.M. STRACHAN
                                                  Assistant United States Attorney

Dated: June 28, 2017