**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | **No. 1:14-cr-10363-RGS** |
| **GLENN CHIN** ) | |
| **Defendant** ) | |
| ) | |

## MOTION TO PRECLUDE THE GOVERNMENT FROM CALLING KEN BONEAU AS A WITNESS

Now comes counsel on behalf of Glenn Chin and respectfully requests this Honorable Court to preclude the government from calling Ken Boneau as a witness in this matter.

In support counsel states that Mr. Boneau was a sales representative at NECC. It is expected that this witness will testify about untruthful marketing information that was contained in marketing materials about NECC. Glenn Chin had nothing to do with the creation of the marketing materials, false or otherwise. The materials were created solely by Barry Cadden, false or otherwise.

It is also expected that this witness will testify about the manner in which NECC dealt with the issue of patient names. Glenn Chin had nothing to do with the issue of patient names.

Even though this witness worked at NECC Mr. Boneau did not know Glenn Chin. Mr. Boneau had heard the name Glenn Chin, and he knew that Mr. Chin was a pharmacist at NECC. Mr. Boneau knows so little about Glenn Chin that he did not know that Mr. Chin worked in the clean room.

This witness has no relevant evidence to provide as to Glenn Chin. The government wants to call this witness for the sole purpose of causing prejudice to Glenn Chin. The prejudicial effect of the testimony of this witness far outweighs any probative

value thereof and must be precluded.

WHEREFORE, for the reasons stated above, counsel for Glenn Chin respectfully requests that this Honorable Court preclude the government from calling Ken Boneau as a witness in this matter.

/s/ Stephen J. Weymouth

Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO # 523680
sweymouth@sweymouthlaw.com

**CERTIFICATE OF SERVICE**

I, Stephen J. Weymouth, hereby certify that I have served a copy of the foregoing motion through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 18, 2017.

/s/ Stephen J. Weymouth

Stephen J. Weymouth