UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)   No. 1:14-cr-10363-RGS<br>GLENN CHIN       )<br>           Defendant    )<br>                                                    ) | |

**MOTION TO PRECLUDE THE GOVERNMENT FROM
CALLING MICHELE ANDOLINA AS A WITNESS**

Now comes counsel on behalf of Glenn Chin and respectfully requests this Honorable Court to preclude the government from calling Michele Andolina as a witness in this matter.

In support counsel states that Mr. Andolina was hired by Barry Cadden to videotape the training sessions that Cadden conducted for new employees at NECC. The witness videotaped many different sessions of Cadden speaking with and training the staff.

Glenn Chin is not depicted in any of the videos.  Mr. Chin is neither conducting the trainings nor a staff member participating in the trainings.  Glenn Chin had nothing to do with the creation of these videos.

Mr. Andolina was not an employee at NECC, and he does not know Glenn Chin.

This witness has no relevant evidence to provide as to Glenn Chin.  The government wants to call this witness for the sole purpose of causing prejudice to Glenn Chin.  The prejudicial effect of the testimony of this witness far outweighs any probative value thereof and must be precluded.

WHEREFORE, for the reasons stated above, counsel for Glenn Chin respectfully requests that this Honorable Court preclude the government from calling Michele Andolina.

/s/ Stephen J. Weymouth

_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO # 523680
sweymouth@sweymouthlaw.com

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that I have served a copy of the foregoing motion through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 18, 2017.

/s/ Stephen J. Weymouth

_____
Stephen J. Weymouth