UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

GLENN CHIN

MEMORANDUM AND ORDER ON THE MOTIONS OF
GLENN CHIN TO EXCLUDE THE TESTIMONY OF MICHELE
ANDOLINA AND KENNETH BONEAU

September 19, 2017

STEARNS, D.J.

The motions are <u>DENIED</u>. General principles of conspiracy and mail fraud allow the government broad evidentiary leeway in the admission of statements and acts or purported coconspirators and joint venturers. The court will, however, at the outset, and again at the time of the presentation of the testimony of these witnesses that the jury may consider their statements only if they are first satisfied that (1) a conspiracy or scheme to defraud existed as alleged, and (2) that Glenn Chin was a knowing and willful participant in the charged conspiracy or scheme.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE