UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Court No.: 14-cr-10363-RGS-2 |
| v. | ) ) |  |
| GLENN A. CHIN, | ) ) |  |
| Defendant. | ) ) |  |

### **GOVERNMENT'S REQUEST FOR CURATIVE JURY INSTRUCTION**

During his opening statement, counsel for the defendant stated to the jury that defendant Glenn Chin "shouldn't be the only one sitting here." The statement created the misimpression that defendant Chin was the only person from New England Compounding Center ("NECC") criminally charged following the aftermath of the fungal meningitis outbreak. As the Court is aware, this is not true, and it is highly misleading. On December 16, 2014, the grand jury returned a 131-count indictment charging fourteen owners, employees, and executives of NECC and its sister company, Medical Sales Management, with a variety of charges. Four of these defendants have now been convicted, including the owner Barry Cadden. Glenn Chin is "the only one sitting" at this trial because he successfully moved to sever his trial from defendant Cadden. To cure the misimpression created by counsel, the government requests the following instruction be read to the jury:

> I am instructing you that Mr. Chin was not the only defendant named in the indictment returned in this case. You are not to speculate or surmise as to the charges of any other defendants in this case or how they have proceeded. The guilt and innocence of Mr. Chin must be determined by you only on the basis of the evidence produced in open court and the law as I give it to you. The absence of the other defendants from this trial is none of your concern.

Adapted from United States v. Panepinto, 430 F.2d 613, 615 n.2 (3d Cir. 1970); United States v. Butterworth, 511 F.3d 71, 76 (1st Cir. 2007).

## CONCLUSION

For all the above reasons, the United States respectfully requests that the Court give the above-stated curative instruction.

                                          Respectfully submitted,

                                          WILLIAM D. WEINREB
                                          ACTING UNITED STATES ATTORNEY

By:   /s/ Amanda P.M. Strachan
        AMANDA P.M. STRACHAN
        BBO # 641108
        GEORGE P. VARGHESE
        Assistant United States Attorneys
        John J. Moakley United States Courthouse
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210
        (617) 748-3100
        amanda.strachan@usdoj.gov
        george.varghese@usdoj.gov

Dated:  September 19, 2017

<u>Certificate of Service</u>

  I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for the defendant, who are registered participants as identified on the Notice of Electronic Filing (NEF).

            By: <u>/s/ Amanda P.M. Strachan</u>
               AMANDA P.M. STRACHAN
               Assistant United States Attorney

Dated:  September 19, 2017