UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GLENN A. CHIN,

Defendant.

14-10363-RGS

**MOTION OF TRUSTEES OF BOSTON UNIVERSITY TO INTERVENE AND TO UNSEAL JUROR NAMES AND ADDRESSES**

Intervenor Trustees of Boston University, through its public radio station, WBUR, (referred to herein as "WBUR"), respectfully moves to intervene in this proceeding for the limited purpose of requesting that the Court provide WBUR with the names and addresses of the jurors in *U.S. v. Chin* as soon as possible after the verdict is announced. As grounds for this motion, WBUR states that under controlling precedent, the identities of the jurors "must be made public" after a verdict is rendered, unless the Court makes "particularized findings reasonably justifying non-disclosure." *United States v. Hurley (In re Globe Newspaper Co.)*, 920 F.2d 88, 98 (1st Cir. 1990), citing *United States v. Doherty*, 675 F.Supp.719 (D. Mass. 1987). Under the standards set forth by the First Circuit, no such findings can be made here. *See also In re Boston Herald, Inc.,* 321 F.3d 174, 177 (1st Cir. 2003) (noting allowance of media entity's motion to intervene in criminal case for purpose of pursuing access request).

Neither the Government nor the Defendant take a position on this motion.

In support of this motion, WBUR submits the accompanying memorandum of law and the affidavit of David Boeri.

WHEREFORE, Intervenor Trustees of Boston University, through its public radio station, WBUR, respectfully requests that this motion be granted, and that it be provided with access to the names and addresses of the jurors in this case as soon as possible after the verdict is rendered.

TRUSTEES OF BOSTON UNIVERSITY,

By its attorney,

/s/ *Jeffrey J. Pyle*

Jeffrey J. Pyle (BBO #647438)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
(617) 456-8000
(617) 456-8100 (fax)
jpyle@princelobel.com

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Jeffrey J. Pyle, certify that on October 17, 2017, I conferred with counsel for the Government and the Defendant in good faith to resolve or narrow the issue presented in this motion.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

CERTIFICATE OF SERVICE

I, Jeffrey J. Pyle, hereby certify that this document was delivered by first-class mail and electronic mail to AUSA Amanda Strachan and Robert Sheketoff, counsel for defendant Glenn Chin, by first-class mail and e-mail on October 18, 2017.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle