UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | 14-10363-RGS |
| GLENN A. CHIN, | ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT OF DAVID BOERI**

I, David Boeri, hereby depose and state as follows:

1. I am a Senior Reporter for the public radio station WBUR. I make this affidavit on personal knowledge in support of the motion of Trustees of Boston University for access to the names and addresses of the jurors in this case.

2. In June 2017, after the trial in *United States v. Cadden*, 14-cr-10363, the court provided the public with the names and hometowns of the jurors, but not their residential addresses. Over the next three days, I and several other members of the newsroom staff at WBUR sought to locate the jurors so that we could attempt to interview them.

3. WBUR was unable to obtain any contact information for two of the jurors, who lived in Rehoboth and Methuen, Massachusetts, respectively. WBUR attempted to place a phone call to a Rehoboth resident with the same surname, but the number was no longer in service. No information was found for the Methuen juror whatsoever.

4. In addition, WBUR could find no address for a juror listed as residing in Westford, Massachusetts, but we did find a person with that name associated with a nearby private school. We found an email address for this person and sent her emails, but never received

2811095.v1

a response. Accordingly, I cannot be certain whether the person we attempted to contact was the juror or not.

5. By contrast, in *U.S. v. Fidler*, 15-10300-DPW, the court provided both names and street addresses of jurors to WBUR. WBUR was able to contact or leave messages for all but one of the 12 deliberating jurors. The sole exception was a juror who had no voicemail. Unlike in *Cadden*, WBUR also avoided having to place calls to other individuals with the same surnames as the jurors, or to complete strangers at locations where we believed the jurors may reside.

6. Based on this experience, I believe that if only names and towns of residence, and not street addresses, are disclosed in this case, WBUR will be unable to locate and seek to interview all of the jurors.

Signed under the pains and penalties of perjury this 17th day of October, 2017.

David Boeri