UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) Court No.: 14-cr-10363-RGS |
| GLENN A. CHIN, | ) |
| Defendant. | ) |

## VERDICT FORM

*(Racketeering)*

As to the offense of racketeering as charged in Count 1 of the Indictment, we the jury unanimously find defendant GLENN A. CHIN:

Not Guilty _____  Guilty  ✓

If your verdict is guilty, complete the Special Verdict Form, then proceed to Count 2.
If your verdict is not guilty, proceed directly to Count 2.

## COUNT 2

*(Racketeering Conspiracy)*

As to the offense of racketeering conspiracy as charged in Count 2 of the Indictment, we the jury unanimously find defendant GLENN A. CHIN:

Not Guilty _____  Guilty  ✓

# COUNTS 4-31, 36, 38, 44-56

*(Mail Fraud)*

As to the offense of mail fraud as charged in Counts 4-31, 36, 38, and 44-56 of the Indictment, we the jury unanimously find defendant GLENN A. CHIN:

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| 4 | 8/8/2012 | 400 5 ml vials of 06292012@26 | Michigan Pain Specialists, Brighton, Michigan | | ✓ |
| 5 | 7/17/2012 | 100 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | ✓ |
| 6 | 8/14/2012 | 120 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | ✓ |
| 7 | 6/27/2012 | 500 1 ml vials of 05212012@68 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | ✓ |
| 8 | 7/25/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | ✓ |
| 9 | 8/13/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | ✓ |
| 10 | 9/4/2012 | 500 1 ml vials of 08102012@51 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | ✓ |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| 11 | 6/25/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ |
| 12 | 7/16/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ |
| 13 | 8/2/2012 | 150 1 ml vials of 06292012@26 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ |
| 14 | 8/28/2012 | 130 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ |
| 15 | 9/17/2012 | 100 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ |
| 16 | 8/15/2012 | 100 1 ml vials of 06292012@26 | South Bend Clinic, South Bend, Indiana | | ✓ |
| 17 | 9/25/2012 | 100 1 ml vials of 08102012@51 | South Bend Clinic, South Bend, Indiana | | ✓ |
| 18 | 7/5/2012 | 150 1 ml vials of 05212012@68 | Marion Pain Management, Ocala, Florida | | ✓ |
| 19 | 8/15/2012 | 150 1 ml vials of 06292012@26 | Marion Pain Management, Ocala, Florida | | ✓ |
| 20 | 8/13/2012 | 85 5 ml vials of 06292012@26 | Box Hill Surgery Center, Abingdon, Maryland | | ✓ |
| 21 | 9/25/2012 | 300 1 ml vials of 08102012@51 | Box Hill Surgery Center, Abingdon, Maryland | | ✓ |
| 22 | 7/9/2012 | 200 1 ml vials of 05212012@68 | Insight Imaging, Roanoke, Virginia | | ✓ |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| 23 | 7/26/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | ✓ |
| 24 | 8/17/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | ✓ |
| 25 | 9/7/2012 | 200 1 ml vials of 08102012@51 | Insight Imaging, Roanoke, Virginia | | ✓ |
| 26 | 6/25/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | ✓ |
| 27 | 7/13/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | ✓ |
| 28 | 8/7/2012 | 40 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | ✓ |
| 29 | 8/14/2012 | 80 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | ✓ |
| 30 | 9/20/2012 | 60 1 ml vials of 08102012@51 | High Point Surgery Center, High Point, North Carolina | | ✓ |
| 31 | 7/24/2012 | 150 bacitracin 20 ml syringes | Good Shepherd Hospital, Barrington, Illinois | | ✓ |
| 36 | 9/11/2012 | 100 potassium chloride injectables | Port Huron Hospital, Port Huron, Michigan | | ✓ |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| 38 | 9/27/2012 | 60 potassium chloride bags | Sentara Norfolk General Hospital, Norfolk, Virginia | | ✓ |
| 44 | 10/31/2011 | 6 25 mg/ml methotrexate injectables | Southboro Medical Group, Southboro, Massachusetts | | ✓ |
| 45 | 2/15/2012 | 25 25 mg/ml methotrexate injectables | Decatur Memorial Hospital, Decatur, Illinois | | ✓ |
| 46 | 6/8/2012 | 10 4 mg/ml methotrexate injectables | Retina Group of Washington, Chevy Chase, Maryland | | ✓ |
| 47 | 3/25/2010 | 7 cardioplegia solution bags | Lewis-Gale Medical Center, Salem, Virginia | | ✓ |
| 48 | 10/21/2010 | 10 cardioplegia (cold induction high K) bags | Osceola Regional Medical Center, Kissimmee, Florida | | ✓ |
| 49 | 12/21/2010 | 10 cardioplegia solution bags | Baptist Medical Center, Jacksonville, Florida | | ✓ |
| 50 | 3/30/2011 | 8 cardioplegia solution bags | North Shore Medical Center, Salem, Massachusetts | | ✓ |
| 51 | 6/29/2011 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | | ✓ |
| 52 | 11/15/2011 | 10 cardioplegia (induction formula) bags | St. Vincent's Hospital, Birmingham, Alabama | | ✓ |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| 53 | 2/22/2012 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | | ✓ |
| 54 | 6/4/2012 | 30 cardioplegia (cold induction) bags | St. Peter's Hospital, Albany, New York | | ✓ |
| 55 | 7/12/2012 | 25 cardioplegia solution bags | West Virginia University, Morgantown, West Virginia | | ✓ |
| 56 | 8/8/2012 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | | ✓ |

### COUNTS 57-84, 89-90

*(Introduction of Adulterated Drugs into Interstate Commerce with Intent to Defraud and Mislead – Insanitary Conditions)*

As to the offense of introducing adulterated drugs into interstate commerce with intent to defraud and mislead, as charged in Counts 57-84, 89-90 of the Indictment, we the jury unanimously find defendant GLENN A. CHIN (you may find the defendant not guilty, *or* guilty, *or* guilty with the aggravating factor of an intent to defraud or mislead).

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Guilty with Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| 57 | 8/8/2012 | 400 5 ml vials of 06292012@26 | Michigan Pain Specialists, Brighton, Michigan | | ✓ | |
| 58 | 7/17/2012 | 100 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | ✓ | |
| 59 | 8/14/2012 | 120 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | ✓ | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Guilty with Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| 60 | 6/27/2012 | 500 1 ml vials of 05212012@68 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | ✓ | |
| 61 | 7/25/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | ✓ | |
| 62 | 8/13/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | ✓ | |
| 63 | 9/4/2012 | 500 1 ml vials of 08102012@51 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | ✓ | |
| 64 | 6/25/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ | |
| 65 | 7/16/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ | |
| 66 | 8/2/2012 | 150 1 ml vials of 06292012@26 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ | |
| 67 | 8/28/2012 | 130 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ | |
| 68 | 9/17/2012 | 100 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | ✓ | |
| 69 | 8/15/2012 | 100 1 ml vials of 06292012@26 | South Bend Clinic, South Bend, Indiana | | ✓ | |
| 70 | 9/25/2012 | 100 1 ml vials of 08102012@51 | South Bend Clinic, South Bend, Indiana | | ✓ | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Guilty with Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| 71 | 7/5/2012 | 150 1 ml vials of 05212012@68 | Marion Pain Management, Ocala, Florida | | ✓ | |
| 72 | 8/15/2012 | 150 1 ml vials of 06292012@26 | Marion Pain Management, Ocala, Florida | | ✓ | |
| 73 | 8/13/2012 | 85 5 ml vials of 06292012@26 | Box Hill Surgery Center, Abingdon, Maryland | | ✓ | |
| 74 | 9/25/2012 | 300 1 ml vials of 08102012@51 | Box Hill Surgery Center, Abingdon, Maryland | | ✓ | |
| 75 | 7/9/2012 | 200 1 ml vials of 05212012@68 | Insight Imaging, Roanoke, Virginia | | ✓ | |
| 76 | 7/26/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | ✓ | |
| 77 | 8/17/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | ✓ | |
| 78 | 9/7/2012 | 200 1 ml vials of 08102012@51 | Insight Imaging, Roanoke, Virginia | | ✓ | |
| 79 | 6/25/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | ✓ | |
| 80 | 7/13/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | ✓ | |
| 81 | 8/7/2012 | 40 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | ✓ | |
| 82 | 8/14/2012 | 80 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | ✓ | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Guilty with Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| 83 | 9/20/2012 | 60 1 ml vials of 08102012@51 | High Point Surgery Center, High Point, North Carolina | | ✓ | |
| 84 | 7/24/2012 | 150 bacitracin 20 ml syringes | Good Shepherd Hospital, Barrington, Illinois | | ✓ | |
| 89 | 9/11/2012 | 100 potassium chloride injectables | Port Huron Hospital, Port Huron, Michigan | | ✓ | |
| 90 | 9/27/2012 | 60 potassium chloride bags | Sentara Norfolk General Hospital, Norfolk, Virginia | | ✓ | |

## COUNTS 93-94
*(Introduction of Misbranded Drugs into Interstate Commerce with Intent to Defraud and Mislead – False and Misleading Labeling)*

As to the offense of introducing misbranded drugs into interstate commerce with intent to defraud and mislead, as charged in Counts 93-94 of the Indictment, we the jury unanimously find defendant GLENN A. CHIN: (you may find the defendant not guilty, *or* guilty, *or* guilty with the aggravating factor of an intent to defraud or mislead).

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Guilty with Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| 93 | 2/15/2012 | 25 25 mg/ml methotrexate injectables | Decatur Memorial Hospital, Decatur, Illinois | | | ✓ |
| 94 | 6/8/2012 | 10 4 mg/ml methotrexate injectables | Retina Group of Washington, Chevy Chase, Maryland | | | ✓ |

The foregoing answers are the unanimous verdict of the jury as to whether GLENN A. CHIN is guilty or not guilty of each of the Counts of the Indictment in which he is named.

10/25/17
Date

_____
Foreperson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLENN A. CHIN,<br><br>Defendant. | Court No.: 14-cr-10363-RGS |

## SPECIAL VERDICT FORM

## COUNT 1

*(Racketeering)*

If you found Glenn A. Chin guilty as to Count 1, please indicate below which alleged Racketeering Acts you unanimously find that the government has proven beyond a reasonable doubt:

### SHIPMENTS OF METHYLPREDNISOLONE ACETATE (RAS 1-27)

| Racketeering Act | Date of Shipment | Description | Destination | Check if Proven |
|---|---|---|---|---|
| 1 | 8/8/2012 | 400 5 ml vials of 06292012@26 | Michigan Pain Specialists, Brighton, Michigan |  |
| 2 | 7/17/2012 | 100 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee |  |
| 3 | 8/14/2012 | 120 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | ✓ |

| Racketeering Act | Date of Shipment | Description | Destination | Check if Proven |
|---|---|---|---|---|
| 4 | 6/27/2012 | 500 1 ml vials of 05212012@68 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | |
| 5 | 7/25/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | |
| 6 | 8/13/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | ✓ |
| 7 | 9/4/2012 | 500 1 ml vials of 08102012@51 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | |
| 8 | 6/25/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | |
| 9 | 7/16/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | |
| 10 | 8/2/2012 | 150 1 ml vials of 06292012@26 | OSMC Outpatient Surgery Center, Elkhart, Indiana | |
| 11 | 8/28/2012 | 130 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | |
| 12 | 9/17/2012 | 100 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | |
| 13 | 8/15/2012 | 100 1 ml vials of 06292012@26 | South Bend Clinic, South Bend, Indiana | ✓ |
| 14 | 9/25/2012 | 100 1 ml vials of 08102012@51 | South Bend Clinic, South Bend, Indiana | |
| 15 | 7/5/2012 | 150 1 ml vials of 05212012@68 | Marion Pain Management, Ocala, Florida | |

| Racketeering Act | Date of Shipment | Description | Destination | Check if Proven |
|---|---|---|---|---|
| 16 | 8/15/2012 | 150 1 ml vials of 06292012@26 | Marion Pain Management, Ocala, Florida | ✓ |
| 17 | 8/13/2012 | 85 5 ml vials of 06292012@26 | Box Hill Surgery Center, Abingdon, Maryland | |
| 18 | 9/25/2012 | 300 1 ml vials of 08102012@51 | Box Hill Surgery Center, Abingdon, Maryland | |
| 19 | 7/9/2012 | 200 1 ml vials of 05212012@68 | Insight Imaging, Roanoke, Virginia | |
| 20 | 7/26/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | |
| 21 | 8/17/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | ✓ |
| 22 | 9/7/2012 | 200 1 ml vials of 08102012@51 | Insight Imaging, Roanoke, Virginia | |
| 23 | 6/25/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | |
| 24 | 7/13/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | |
| 25 | 8/7/2012 | 40 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | |
| 26 | 8/14/2012 | 80 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | ✓ |
| 27 | 9/20/2012 | 60 1 ml vials of 08102012@51 | High Point Surgery Center, High Point, North Carolina | |

## **SECOND-DEGREE MURDERS (RAS 28-52) (Check if Proven)**

### RACKETEERING ACT NO. 28 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Karina Baxter in Brighton, Michigan: _____


### RACKETEERING ACT NO. 29 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Paula Brent in Brighton, Michigan: _____


### RACKETEERING ACT NO. 30 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Gayle Gipson in Brighton, Michigan: _____


### RACKETEERING ACT NO. 31 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Donna Kruzich in Brighton, Michigan: _____


### RACKETEERING ACT NO. 32 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Lyn Laperriere in Brighton, Michigan: _____


### RACKETEERING ACT NO. 33 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Mary Plettl in Brighton, Michigan: _____


### RACKETEERING ACT NO. 34 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Sally Roe in Brighton, Michigan: _____

RACKETEERING ACT NO. 35 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Emma Todd in Brighton, Michigan: _____

RACKETEERING ACT NO. 36 – SECOND-DEGREE MURDER – TENNESSEE

Murder of Marie Hester in Nashville, Tennessee: _____

RACKETEERING ACT NO. 37 – SECOND-DEGREE MURDER – TENNESSEE

Murder of Eddie Lovelace in Nashville, Tennessee: _____

RACKETEERING ACT NO. 38 – SECOND-DEGREE MURDER – TENNESSEE

Murder of Donald McDavid in Crossville, Tennessee: _____

RACKETEERING ACT NO. 39 – SECOND-DEGREE MURDER – TENNESSEE

Murder of Diana Reed in Nashville, Tennessee: _____

RACKETEERING ACT NO. 40 – SECOND-DEGREE MURDER – TENNESSEE

Murder of Thomas Rybinski in Nashville, Tennessee: _____

RACKETEERING ACT NO. 41 – SECOND-DEGREE MURDER – TENNESSEE

Murder of Carol Wetton in Nashville, Tennessee: _____

RACKETEERING ACT NO. 42 – SECOND-DEGREE MURDER – TENNESSEE

Murder of Earline Williams in Nashville, Tennessee: _____

RACKETEERING ACT NO. 43 – SECOND-DEGREE MURDER – INDIANA

Murder of Pauline Burema in Elkhart, Indiana: _____

### RACKETEERING ACT NO. 44 – SECOND-DEGREE MURDER – INDIANA

Murder of Kathy Dillon in Elkhart, Indiana: _____


### RACKETEERING ACT NO. 45 – SECOND-DEGREE MURDER – INDIANA

Murder of Alice Machowiak in South Bend, Indiana: _____


### RACKETEERING ACT NO. 46 – SECOND-DEGREE MURDER – MARYLAND

Murder of Bahman Kashi in Abingdon, Maryland: _____


### RACKETEERING ACT NO. 47 – SECOND-DEGREE MURDER – MARYLAND

Murder of Brenda Rozek in Abingdon, Maryland: _____


### RACKETEERING ACT NO. 48 – SECOND-DEGREE MURDER – MARYLAND

Murder of Edna Young in Abingdon, Maryland: _____


### RACKETEERING ACT NO. 49 – SECOND-DEGREE MURDER – VIRGINIA

Murder of Kathy Sinclair in Roanoke, Virginia: _____


### RACKETEERING ACT NO. 50 – SECOND-DEGREE MURDER – VIRGINIA

Murder of Douglas Wingate in Roanoke, Virginia: _____


### RACKETEERING ACT NO. 51 – SECOND-DEGREE MURDER – FLORIDA

Murder of Godwin Mitchell in Ocala, Florida: _____

## RACKETEERING ACT NO. 52 – SECOND-DEGREE MURDER – NORTH CAROLINA

Murder of Elwina Shaw in High Point, North Carolina: _____

### SHIPMENTS OF UNTESTED LOTS (RAS 53, 58, 60)

| Racketeering Act | Date of Shipment | Description | Destination | Check if Proven |
|---|---|---|---|---|
| 53 | 7/24/2012 | 150 bacitracin 20 ml syringes | Good Shepherd Hospital, Barrington, Illinois | ✓ |
| 58 | 9/11/2012 | 100 potassium chloride injectables | Port Huron Hospital, Port Huron, Michigan | ✓ |
| 60 | 9/27/2012 | 60 potassium chloride bags | Sentara Norfolk General Hospital, Norfolk, Virginia | ✓ |

### SHIPMENTS OF EXPIRED DRUGS (RAS 66-68)

| Racketeering Act | Date of Shipment | Description | Destination | Check if Proven |
|---|---|---|---|---|
| 66 | 10/31/2011 | 6 25 mg/ml methotrexate injectables | Southboro Medical Group, Southboro, Massachusetts | ✓ |
| 67 | 2/15/2012 | 25 25 mg/ml methotrexate injectables | Decatur Memorial Hospital, Decatur, Illinois | ✓ |
| 68 | 6/8/2012 | 10 4 mg/ml methotrexate injectables | Retina Group of Washington, Chevy Chase, Maryland | ✓ |

## UNLICENSED PHARMACY TECHNICIAN (RAS 69-78)

| Racketeering Act | Date of Shipment | Description | Destination | Check if Proven |
|---|---|---|---|---|
| 69 | 3/25/2010 | 7 cardioplegia solution bags | Lewis-Gale Medical Center, Salem, Virginia | |
| 70 | 10/21/2010 | 10 cardioplegia (cold induction high K) bags | Osceola Regional Medical Center, Kissimmee, Florida | |
| 71 | 12/21/2010 | 10 cardioplegia solution bags | Baptist Medical Center, Jacksonville, Florida | |
| 72 | 3/30/2011 | 8 cardioplegia solution bags | North Shore Medical Center, Salem, Massachusetts | |
| 73 | 6/29/2011 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | |
| 74 | 11/15/2011 | 10 cardioplegia (induction formula) bags | St. Vincent's Hospital, Birmingham, Alabama | |
| 75 | 2/22/2012 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | |
| 76 | 6/4/2012 | 30 cardioplegia (cold induction) bags | St. Peter's Hospital, Albany, New York | |
| 77 | 7/12/2012 | 25 cardioplegia solution bags | West Virginia University, Morgantown, West Virginia | |
| 78 | 8/8/2012 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | |

The boxes that are checked indicate those Racketeering Acts that the jury unanimously finds the government has proven against GLENN A. CHIN beyond a reasonable doubt.

10/25/17
Date

[signature]
Foreperson