# UNITED STATES DISTRICT COURT

DISTRICT OF      Massachusetts

UNITED STATES

V.

GLENN A. CHIN

## EXHIBIT AND WITNESS LIST

Case Number: 14-CR-10363-RGS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Richard G. Stearns | A. Strachan, G. Varghese | B. Sheketoff, S. Weymouth |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/19/2017 | J. Gibbons/C. Palanchian/L. Valdario | B. Garvin/ J. Lovett/ T. Maynard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Wit | | 9/19/2017 | | | Government called Benjamin Park, Centers for Disease Control and Prevention, Atlanta, GA |
| 1 | | 9/19/2017 | | Yes | CDC Call for Cases Tennessee 2012 |
| 2 | | 9/19/2017 | | Yes | CDC Health Advisory |
| 3 | | 9/19/2017 | | Yes | CDC Case Definitions for Meningitis and Other Infections |
| 4 | | 9/19/2017 | | Yes | Meningitis Outbreak Table |
| 5 | | 9/19/2017 | | Yes | Meningitis Outbreak Map |
| 6 | | 9/19/2017 | | Yes | Health Alert Network 337 Additional Contaminated Drugs |
| Wit | | 9/20/2017 | | | Gov't called Michael Mangiocotti, Food & Drug Admin., Off. of Criminal Invst., Wakefield, MA |
| 7 | | 9/20/2017 | | Yes | NECC Entrance 3 |
| 8 | | 9/20/2017 | | Yes | IMG_2578 |
| 9 | | 9/20/2017 | | Yes | Floor Plan, Layout of NECC |
| 11 | | 9/20/2017 | | Yes | Daily Fillings Log from Barry's office |
| 17 | | 9/20/2017 | | Yes | 2012.01.31, NECC Brainstorming |
| 20 | | 9/20/2017 | | Yes | 9/2012 Surface Samples |
| 24 | | 9/20/2017 | | Yes | Photo, Order confirmation and data process room |
| 26 | | 9/20/2017 | | Yes | Elkhart General Hospital Customer Folder |
| 27 | | 9/20/2017 | | Yes | Hill Country Sports Customer Folder |
| 28 | | 9/20/2017 | | Yes | Nebraska Pain Consultants Customer Folder |
| 31 | | 9/20/2017 | | Yes | Lehigh Valley Center for Sight Customer File |
| 32 | | 9/20/2017 | | Yes | Andalusia fake names |
| 35 | | 9/20/2017 | | Yes | QC test results, including random air & surface sampling |
| 36 | | 9/20/2017 | | Yes | Sanyo Autoclave Manual |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | VS. | CASE NO. |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 38 | | 9/20/2017 | | Yes | Daily Filling Logs for 2012 |
| 39 | | 9/20/2017 | | Yes | White binder labeled Environmental 2012 |
| 40 | | 9/20/2017 | | Yes | White binder labeled HVAC 2012 Victory |
| 41 | | 9/20/2017 | | Yes | Black Binder containing training on USP |
| 42 | | 9/20/2017 | | Yes | Daily Filling Logs |
| 43 | | 9/20/2017 | | Yes | Packet containing various documents relating to contaminated lots |
| 44 | | 9/20/2017 | | Yes | Packet containing various documents relating to contaminated lots (2) |
| 45 | | 9/20/2017 | | Yes | Ratio Spreadsheet |
| 50 | | 9/20/2017 | | Yes | Blank Prescription |
| 51 | | 9/20/2017 | | Yes | Scott Connolly Personnel File (8/11/08, 1/7/10, 9/12/08, 9/15/08, 2/18/09, 10/12/12 |
| 52 | | 9/20/2017 | | Yes | Master SOPs |
| 53 | | 9/20/2017 | | Yes | CIE 174337 Item 15 |
| 54 | | 9/20/2017 | | Yes | CIE 174338 Item 2 |
| 55 | | 9/20/2017 | | Yes | CIE 25736, Item 18 |
| 57 | | 9/20/2017 | | Yes | CIE 25736, Item 21 |
| 58 | | 9/20/2017 | | Yes | CIE 25736, Item 22 |
| 59 | | 9/20/2017 | | Yes | CIE 25736, Item 8 |
| 60 | | 9/20/2017 | | Yes | CIE 25736, Item 7 |
| 62 | | 9/20/2017 | | Yes | CIE 25736, Item 3 |
| 69 | | 9/20/2017 | | Yes | CIE 25736, Item 6 |
| 70 | | 9/20/2017 | | Yes | CIE 174766, Item 121 |
| 71 | | 9/20/2017 | | Yes | CIE 25736, Item 10 |
| 72 | | 9/20/2017 | | Yes | CIE 25736, Item 16 |
| 63 | | 9/20/2017 | | Yes | CIE 174701, Item 10 |
| 65 | | 9/20/2017 | | Yes | CIE 25736, Item 27 |
| 66 | | 9/20/2017 | | Yes | CIE 25736, Item 28 |
| 64 | | 9/20/2017 | | Yes | CIE 25736, Item 14 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | VS. | | | | CASE NO. |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 12 | | 9/20/2017 | | Yes | Indictment Prescriptions; CIE 174704 Item 2/ CIE 12-0599-87124 Item 1 |
| 13 | | 9/20/2017 | | Yes | Numbers and Letters prescriptions; CIE 174704 Item 2/ CIE 12-0599-87124 Item 1 |
| 14 | | 9/20/2017 | | Yes | Fake Patient Names Prescriptions; CIE 174704 Item 2/ CIE 12-0599-87124 Item 1 |
| 15 | | 9/20/2017 | | Yes | Doctors' Names Prescriptions; CIE 174704 Item 2/ CIE 12-0599-87124 Item 1 |
| Wit | | 9/20/2017 | | | Gov't called Kenneth Boneau, Framingham, MA |
| 79 | | 9/20/2017 | | Yes | Ken Boneau's legal pad (notes) |
| 80 | | 9/20/2017 | | Yes | Hospital Booklet |
| 82 | | 9/20/2017 | | Yes | Booklet outlining the medications compounded by NECC |
| 83 | | 9/20/2017 | | Yes | 2010.11.16, Email chain from Cadden to Boneau re not testing every lot |
| 81 | | 9/20/2017 | | Yes | Sales Folder |
| 89 | | 9/20/2017 | | Yes | Quality Assurance Report Card for Q2 2012 |
| 85 | | 9/20/2017 | | Yes | Protected Health Information Policy |
| 84 | | 9/20/2017 | | Yes | 2011.09.01, Email from Carter to Boneau re waived patient names |
| Wit | | 9/21/2017 | | | Government called Michele Andolina, Lancaster, MA |
| 92 | | 9/21/2017 | | Yes | Excerpts from Sales and Training Videos (disc) |
| Wit | | 9/21/2017 | | Yes | Government called John Culclasure, St. Thomas Outpatient Neurosurgical Center, Nashville, TN |
| 93 | | 9/21/2017 | | Yes | 2011 2012 Calendar |
| Wit | | 9/21/2017 | | | Government called Karen Talbott, Albany, KY |
| 95 | | 9/21/2017 | | Yes | Photo of Eddie Lovelace |
| Wit | | 9/21/2017 | | | Government called Joseph Connolly, Mansfield, MA |
| 96 | | 9/22/2017 | | Yes | Photo, Clean Room |
| 97 | | 9/22/2017 | | Yes | Photo, Clean Room - 2 |
| 98 | | 9/22/2017 | | Yes | Photo, Open-air hood |
| 99 | | 9/22/2017 | | Yes | Photo, Ante Room |
| 100 | | 9/22/2017 | | Yes | Photo, Shelf - 2 |
| 101 | | 9/22/2017 | | Yes | Photo, Shelf - 1 |
| 102 | | 9/22/2017 | | Yes | Gowning Room |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | VS. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 110 | | 9/22/2017 | | Yes | Logged Formula Worksheet 02232010@51 |
| 103 | | 9/22/2017 | | Yes | Photo, Cracked floor - 1 |
| 104 | | 9/22/2017 | | Yes | Photo, Cracked floor - 2 |
| 105 | | 9/22/2017 | | Yes | Photo, Rusty foot of table |
| 106 | | 9/22/2017 | | Yes | Photo, Rusty wheel |
| 107 | | 9/22/2017 | | Yes | Photo, Pass Through - 1 |
| 130 | | 9/22/2017 | | Yes | Photo, Pass Through - 2 |
| 109 | | 9/22/2017 | | Yes | Photo of Joe at glovebox |
| 108 | | 9/22/2017 | | Yes | Photo, POTAS. CL/MAG S04 Stock |
| 111 | | 9/22/2017 | | Yes | 2010 Calendar |
| 112 | | 9/22/2017 | | Yes | Logged Formula Worksheet 09292011@95 |
| 114 | | 9/22/2017 | | Yes | Logged Formula Worksheet 06122012@69 |
| 118 | | 9/22/2017 | | Yes | Logged Formula Worksheet: 10192011@96 |
| 119 | | 9/22/2017 | | Yes | Logged Formula Worksheet: 10282011@41 |
| 121 | | 9/22/2017 | | Yes | Logged Formula Worksheet 07062012@65 |
| 122 | | 9/22/2017 | | Yes | Logged Formula Worksheet: 10202011@9 |
| 124 | | 9/22/2017 | | Yes | Logged Formula Worksheet 08202012@125 |
| 125 | | 9/22/2017 | | Yes | 05312012 Lidocaine sent out without results |
| 126 | | 9/22/2017 | | Yes | Logged Formula Worksheet 08062012@115 |
| 127 | | 9/22/2017 | | Yes | Logged Formula Worksheet 08062012@69 |
| 128 | | 9/22/2017 | | Yes | Logged Formula Worksheet 08272012@87 |
| 129 | | 9/22/2017 | | Yes | Cleaning and Maintenance of the Clean Room Log for September 2012 |
| WIT | | 9/25/2017 | | | Government called Nicholas Booth |
| 179 | | 9/25/2017 | | Yes | Photo of Odansetron syringes |
| 180 | | 9/25/2017 | | Yes | Logged Formula Worksheet 07052012@78 |
| 181 | | 9/25/2017 | | Yes | Logged Formula Worksheet 05092012@62 |
| Wit | | 9/25/2017 | | | Government called Owen Finnegan |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 133 | | 9/25/2017 | | Yes | Photo of Glove Box -1 |
| 134 | | 9/25/2017 | | Yes | of Glove Box -5 |
| 136 | | 9/25/2017 | | Yes | Photo Pass Through-3 |
| 137 | | 9/25/2017 | | Yes | Photo of Barry Cadden at conveyor belt |
| 146 | | 9/26/2017 | | Yes | Nalgene bottle of methylpred 09052012@7 |
| 139 | | 9/26/2017 | | Yes | 2012.09.10, Email from Finnegan to Russell re labels for methylpred lot 08102012@51 |
| 143 | | 9/26/2017 | | Yes | Photo, Finished vials |
| 144 | | 9/26/2017 | | Yes | Vials of Methylpred 08102012@51 |
| 142 | | 9/26/2017 | | Yes | Photo, Tacky mat |
| 135 | | 9/26/2017 | | Yes | Photo, Glovebox - 3 |
| WIT | | 9/26/2017 | | | Government called Cory Fletcher, Clinton, NY |
| 173 | | 9/26/2017 | | Yes | Photo, Glovebox - 4 |
| 174 | | 9/26/2017 | | Yes | Photo, Cleanroom |
| 175 | | 9/26/2017 | | Yes | Photo, Label on Methylprednisolone raw material, API |
| 152 | | 9/26/2017 | | Yes | 2012.08.13, Email from Stepanets to Fletcher, Carter re additional labels for lot#06292012@26 |
| 154 | | 9/26/2017 | | Yes | 2011.12.19, Email chain from Chin to Cadden & Fletcher re expired MTX powder |
| 156 | | 9/26/2017 | | Yrs | Methotrexate Log Formula Worksheets |
| 158 | | 9/26/2017 | | Yes | Logged Formula Worksheet 10252011@92 |
| 160 | | 9/27/2017 | | Yes | Logged Formula Worksheet 02182011@30 |
| 162 | | 9/27/2017 | | Yes | Logged Formula Worksheet 06292011@91 |
| 163 | | 9/27/2017 | | Yes | Logged Formula Worksheet 07272011@79 |
| 168 | | 9/27/2017 | | Yes | Logged Formula Worksheet 02212012@91 |
| | 11 | 9/27/2017 | | Yes | Video clip of gowning room - dressing/preping |
| | 17 | 9/27/2017 | | Yes | Video clip of laboratory - Chin cleaning 9/13/2012 |
| | 18 | 9/27/2017 | | Yes | Video clip laboratory - cleaning |
| | 19 | 9/27/2017 | | Yes | Video clip of gowning room - cleaning |
| | 21 | 9/27/2017 | | Yes | Video clip |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | GLENN A. CHIN | | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1A | 9/27/2017 | | Yes | Certificate of Analysis, Lot no. 02092012@74 |
| | 1B | 9/27/2017 | | Yes | Certificate of Analysis, Lot no. 02142012@19 |
| | 1C | 9/27/2017 | | Yes | Certificate of Analysis, Lot no. 03122012@???? |
| | 1D | 9/27/0201 | | Yes | Certificate of Analysis, Lot no. 05232012@23 |
| | 1E | 9/27/2017 | | Yes | Microbiology Report, Lot no. 05212012@68 |
| | 1F | 9/27/2017 | | Yes | Microbiology Report Lot no. 06292012@26 |
| | 1G | 9/27/2017 | | Yes | Microbiology Report Lot no. 08102012@51 |
| WIT | | 9/27/2017 | | | Government called Steven Sanda, Pembroke, MA |
| 265 | | 9/27/2017 | | Yes | Photo, Stock drugs in bins - 1 |
| 266 | | 9/27/2017 | | Yes | Photo, Stock drugs in bins - 2 |
| 262 | | 9/27/2017 | | Yes | Photo, Label on mylar bag |
| 264 | | 9/27/2017 | | Yes | Photo, Mylar bag for Methylprednisolone |
| 275 | | 9/27/2017 | | Yes | 2012.05.22, Email chain from Carter to NECCWarchList re patient name ratio explanation |
| 289 | | 9/27/2017 | | Yes | Type of Drugs and Description list includes per patient amount |
| WIT | | 9/28/2017 | | | Government called Kandie Dino, Decatur, IL |
| 686 | | 9/28/2017 | | Yes | Decatur Marketing Materials |
| 301 | | 9/28/2017 | | Yes | 2012.02.07 Dino email to Cadden re Methotrexate |
| 300 | | 9/28/2017 | | Yes | 2012.02.14 Decatur Invoice |
| WIT | | 9/28/2017 | | | Government called Tiffany Hyde, Oklahoma City, OK |
| 363 | | 9/28/2017 | | Yes | USP 34 <71> |
| 393 | | 9/28/2017 | | Yes | ARL Sample Submission Form |
| 331 | | 9/28/2017 | | Yes | 05212012@68 Preliminary C of A - One Signature |
| 332 | | 9/28/2017 | | Yes | 05212012@68 ARL C of A - One Signature |
| 333 | | 9/28/2017 | | Yes | 06292012@26 Preliminary C of A - One Signature |
| 334 | | 9/28/2017 | | Yes | 06292012@26 ARL C of A - One Signature |
| 336 | | 9/28/2017 | | Yes | 08102012@51 ARL Sterility - One Signature |
| 338 | | 9/28/2017 | | Yes | ARL Microbiology Report for Bacitracin |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | VS. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 339 | | 9/28/2017 | | Yes | 07232012@125 Sterility Testing Log |
| 372 | | 9/28/2017 | | Yes | 2012.08.08, Email from ARL to Robinson attaching non sterile testing results |
| 340 | | 9/28/2017 | | Yes | 340 ARLOK009442 07232012@125 ARL Work Order |
| 341 | | 9/28/2017 | | Yes | 07232012@125 OOS Investigation |
| 343 | | 9/28/2017 | | Yes | ARL report poly-baci prelim - not sterile 08062012@115 |
| 344 | | 9/28/2017 | | Yes | ARL report poly-baci final - not sterile 08062012@115 |
| 345 | | 9/28/2017 | | Yes | 08062012@115 ARL Work Order |
| 346 | | 9/28/2017 | | Yes | 08062012@115 Sterility Testing Sheet |
| 347 | | 9/28/2017 | | Yes | 2012.08.24, Email chain from Misty Haynes to Robinson re lot 08062012@115 |
| 348 | | 9/28/2017 | | Yes | 08272012@87 ARL Report |
| 132 | | 9/28/2017 | | Yes | Microbiology Report for Polymyxin lot #08272012@87 (not sterile result) |
| 350 | | 9/28/2017 | | Yes | 08272012@87 OOS report |
| 352 | | 9/28/2017 | | Yes | 09062012@89 ARL C of A |
| 353 | | 9/28/2017 | | Yes | 09062012@89 OOS report |
| 354 | | 9/28/2017 | | Yes | 09062012@89 ARL Work Order |
| 355 | | 9/28/2017 | | Yes | 09252012@94 ARL reports |
| 356 | | 9/28/2017 | | Yes | 09252012@94 ARL OOS report |
| 357 | | 9/28/2017 | | Yes | 08102012@51 ARL C of A and email PO |
| 358 | | 9/28/2017 | | Yes | 08102012@51 ARL C of A PO |
| 359 | | 9/28/2017 | | Yes | 08102012@51 Fungal Testing Log |
| 360 | | 9/28/2017 | | Yes | 08102012@51 OOS Form |
| 362 | | 9/28/2017 | | Yes | 8.10 methylpred lot, mold |
| WIT | | 9/29/2017 | | | Tommy Means, Oklahoma City, OK |
| 365 | | 9/29/2017 | | Yes | ARL CofA 02212012@91 Lidocaine failed low |
| 366 | | 9/29/2017 | | Yes | ARL CofA 07112012@57 Polym-Bacitracin failed very high |
| 367 | | 9/29/2017 | | Yes | ARL CofA 07262012@61 Triamcinolone failed high and sterile |
| 369 | | 9/29/2017 | | Yes | ARL CofA 08202012@11 Famotidine not detected, other ingredients filed high |

| UNITED STATES | | vs. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 370 | | 9/29/2017 | | Yes | ARL CofA 09142012@51 Polymyxin B Sulfate not detected |
| 373 | | 9/29/2017 | | Yes | 2012.08.31 email from ARL to Cadden re Lot# 08202012@11 |
| 374 | | 9/29/2017 | | Yes | ARL CofA 09142009@67 Erythromycin failed high |
| 375 | | 9/29/2017 | | Yes | ARL CofA 09182009@59 Erythromycin failed high |
| 376 | | 9/29/2017 | | Yes | ARL CofA 09192009@1 Erythromycin failed high |
| 377 | | 9/29/2017 | | Yes | ARL CofA 09232009@26 Erythromycin failed high |
| 378 | | 9/29/2017 | | Yes | ARL CofA 09242009@49 Erythromycin failed high |
| 379 | | 9/29/2017 | | Yes | ARL CofA 10012009@39 Erythromycin failed high |
| 380 | | 9/29/2017 | | Yes | ARL CofA 10092009@12 Erythromycin failed high |
| 381 | | 9/29/2017 | | Yes | ARL CofA 10102009@4 Erythromycin failed high |
| 382 | | 9/29/2017 | | Yes | ARL CofA 10162009@38 Erythromycin failed high |
| 383 | | 9/29/2017 | | Yes | ARL CofA 05112011@24 Sodium Phosphate failed high |
| 384 | | 9/29/2017 | | Yes | ARL CofA 08092011@12 Sodium Phosphate failed high |
| 385 | | 9/29/2017 | | Yes | ARL CofA 08112011@27 Sodium Phosphate failed high |
| 386 | | 9/29/2017 | | Yes | ARL CofA 09012011@41 Sodium Phosphate failed high |
| 387 | | 9/29/2017 | | Yes | ARL CofA 09262011@91 Sodium Phosphate failed high |
| 388 | | 9/29/2017 | | Yes | ARL CofA 09282011@96 Sodium Phosphate failed high |
| 389 | | 9/29/2017 | | Yes | ARL CofA 10062011@29 Sodium Phosphate failed high |
| 390 | | 9/29/2017 | | Yes | ARL CofA 08172012@39 Polymyxin B Sulfate not detected |
| WIT | | 9/29/2017 | | | Government calls Lanndon Rose, Chicago, IL |
| 299 | | 9/29/2017 | | Yes | 2012.07.24 Good Shepherd Invoice |
| WIT | | 9/29/2017 | | | Government calls Nicole Lazar, Virginia Beach, VA |
| 297 | | 9/29/2017 | | Yes | Q1 2011 Quality Report Card |
| 298 | | 9/29/2017 | | Yes | Sentara order form and invoice |
| WIT | | 9/29/2017 | | | Government calls Ralph McHatten, Tewksbury, MA |
| 308 | | 9/29/2017 | | Yes | North Shore Hospital order form and invoice |
| WIT | | 9/29/2017 | | | Government calls Philip Sliney, Boston, MA |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | UNITED STATES | | VS. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 687 | | 10/2/2017 | | Yes | MEEI Order |
| 688 | | 10/2/2017 | | Yes | Florida Hospital Order |
| 394 | | 10/2/2017 | | Yes | Summary of Sub/Super Potent Shipments |
| WIT | | 10/2/2017 | | Yes | Government calls Edward Washabaugh, Ypsilanti, MI |
| 291 | | 10/2/2017 | | Yes | 2012.08.07 Michigan Pain order |
| 294 | | 10/2/2017 | | Yes | ARL Microbiology Report - Methylprednisolone lot 06292012 |
| | 16 | 10/2/2017 | | Yes | Fax to Michigan Pain Specialists |
| WIT | | 10/2/2017 | | Yes | Government calls Anita Baxer, Pontiac, MI |
| 296 | | 10/2/2017 | Yes | No | Photo of K.Baxter |
| WIT | | 10/2/2017 | | | Government calls Sara Albert, Boston, MA |
| 257 | | 10/2/2017 | | Yes | 2013.06.25, Glenn Chin emails himself his resume.pdf |
| 667 | | 10/2/2017 | | Yes | 2010.04.26, Email chain from Cadden to Chin re Scott Connolly positive growth plates and potentia |
| 672 | | 10/2/2017 | | Yes | 2012.02.22, Email chain from Cadden to Chin re Svirskiy's email about unwarranted and inappropr |
| 668 | | 10/2/2017 | | Yes | 2010.07.30, Email chain from Cadden to Chin re Ed Fallon termination III.pdf |
| 674 | | 10/2/2017 | | Yes | 2012.05.22, Email chain from Cadden to Chin re meeting about MEEI issue.pdf |
| 192 | | 10/2/2017 | | Yes | 2011.05.24, Email chain from Carter to Chin re testing acetylcysteine |
| 682 | | 10/2/2017 | | Yes | 2011.12.08, Email chain from Stepanets to Carter, Chin, et al., re bupivacaine pf |
| 675 | | 10/2/2017 | | Yes | 2012.07.23, Email from Cadden to Chin re testing for methacholine kits.pdf |
| 199 | | 10/2/2017 | | Yes | 2012.08.28, Email from Cadden to Chin, Leary re testing all stock products, need full sterility data |
| 203 | | 10/2/2017 | | Yes | 2012.07.25, Email from Cadden to Carter re changes to testing for stock solutions and vials |
| 256 | | 10/2/2017 | | Yes | 2012.06.21, Email from Carter to Chin re testing rules for potassium chloride lots.pdf |
| 662 | | 10/2/2017 | | Yes | 2012.06.21 , Cadden email to Chin re KCL testing |
| 690 | | 10/2/2017 | | Yes | 2012.08.27, Email chain from Chin to fivehole_00@yahoo.com about potentially getting sued at wo |
| 204 | | 10/2/2017 | | Yes | 2011.08.10, Email from Cadden to Chin re testing process for large volume meds |
| 206 | | 10/2/2017 | | Yes | 2009.01.09, Email from Cadden to Chin re instructions to relabel old lot |
| 207 | | 10/2/2017 | | Yes | 2010.08.05, Email chain from Cadden to Chin re extending BUD for naloxone lots |
| 683 | | 10/2/2017 | | Yes | 2012.09.12, Email from Chin to Russell re labels for methylpred lot 06292012@26 |

AO 187A (Rev. 7/87)

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES | | | VS. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 651 | | 10/2/2017 | | Yes | 2011.02.11, Email from Chin to Cadden re neostigmine bromide packaging |
| 215 | | 10/2/2017 | | Yes | 2012.02.10, Email from Cadden to Chin re training employees to fill syringes |
| 217 | | 10/2/2017 | | Yes | 2011.03.10, Email chain from Cadden to Chin re comparing vials from different companies |
| 218 | | 10/2/2017 | | Yes | 2010.08.10, Email chain from Cadden to Chin re complaints from Falmouth Hospital |
| 219 | | 10/2/2017 | | Yes | 2011.04.25, Email chain from Cadden to Chin re lot potency problems |
| 226 | | 10/2/2017 | | Yes | 2012.01.12, Email from Cadden to Chin re NECC vial filling of lorazepam for Ameridose |
| 669 | | 10/2/2017 | | Yes | 2011.08.30, Email chain from Cadden to Chin re sterility testing for potassium phosphate II.pdf |
| WIT | | 10/3/2017 | | | Government calls Jeffrey Jentzen, Ann Arbor, MI |
| 310 | | 10/3/2017 | | Yes | Autopsy Report, Donna Kruzich |
| 311 | | 10/3/2017 | | Yes | Death Certificate, Donna Kruzich |
| 312 | | 10/3/2017 | | Yes | Autopsy Report, Karina Baxter |
| 313 | | 10/3/2017 | | Yes | Autopsy Photos, Karina Baxter |
| 314 | | 10/3/2017 | | Yes | Death Certificate, Karina Baxter |
| 315 | | 10/3/2017 | | Yes | Autopsy Report, Lyn Laperriere |
| 316 | | 10/3/2017 | | Yes | Autopsy Photos, Lyn Laperriere |
| 317 | | 10/3/2017 | | Yes | Death Certificate, Lyn Laperriere |
| 318 | | 10/3/2017 | | Yes | Autopsy Report, Sally Roe |
| 319 | | 10/3/2017 | | Yes | Autopsy Photos, Sally Roe |
| 320 | | 10/3/2017 | | Yes | Death Certificate, Sally Roe |
| 321 | | 10/3/2017 | | Yes | Autopsy Report, Gayle Gipson |
| 322 | | 10/3/2017 | | Yes | Autopsy Photos, Gayle Gipson |
| 323 | | 10/3/2017 | | Yes | Death Certificate, Gayle Gipson |
| 324 | | 10/3/2017 | | Yes | Autopsy Report, Paula Brent |
| 325 | | 10/3/2017 | | Yes | Death Certificate, Paula Brent |
| 326 | | 10/3/2017 | | Yes | Autopsy Report, Mary Plettl |
| 327 | | 10/3/2017 | | Yes | Autopsy Photos, Mary Plettl |
| 328 | | 10/3/2017 | | Yes | Death Certificate, Mary Plettl |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | UNITED STATES | | | VS. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 329 | | 10/3/2017 | | Yes | Autopsy Report, Emma Todd |
| 330 | | 10/3/2017 | | Yes | Death Certificate, Emma Todd |
| WIT | | 10/3/2017 | | | Government calls Anna Allred, Denton, NC |
| 309 | | 10/3/2017 | | Yes | Photo, Effie Shaw |
| WIT | | 10/3/2017 | | Yes | Government calls Tom Tyner, Los Angeles, CA |
| 302 | | 10/3/2017 | | Yes | Certificate of Analysis for Methotrexate |
| 303 | | 10/3/2017 | | Yes | Invoice of Methotrexate |
| WIT | | 10/3/2017 | | | Government calls Derek Carvalho, Hudson, MA |
| 185 | | 10/3/2017 | | Yes | LoggedFormulaWorksheet08012012 |
| 186 | | 10/3/2017 | | Yes | LoggedFormulaWorksheet12212010@8 |
| 187 | | 10/3/2017 | | Yes | Logged Formula Worksheet 02242011@58 |
| 188 | | 10/3/2017 | | Yes | Logged Formula Worksheet 02282011@78 |
| 189 | | 10/3/2017 | | Yes | Logged Formula Worksheet 05312012@30 |
| 673 | | 10/4/2017 | | Yes | 2012.04.27, Email chain from Rivers to Chin re sterile tech licensing.pdf |
| 220 | | 10/4/2017 | | Yes | 2009.10.05, Email from Cadden to Chin re Connolly cannot touch or make any formulations |
| 222 | | 10/4/2017 | | Yes | 2010.06.14, Email chain from Cadden to Chin re Connolly covering tech position |
| 224 | | 10/4/2017 | | Yes | 2012.05.22, Email from Cadden to Chin re swapping Connolly to a "less dangerous" position |
| 225 | | 10/4/2017 | | Yes | 2012.08.07, Email from Cadden to Chin re Scott can't sign into pumps anymore |
| 689 | | 10/4/2017 | | Yes | 2009.04.01 -- Cadden email about initialing cleaning logs |
| 228 | | 10/4/2017 | | Yes | 2009.08.19, Email chain from Cadden to Stepanets, subject Need some help |
| 229 | | 10/4/2017 | | Yes | 2011.07.05, Email chain from Cadden to Chin re cleanliness issues |
| 230 | | 10/4/2017 | | Yes | 2011.07.05, Email from Cadden to Chin re tech hair issue in the clean room |
| 231 | | 10/4/2017 | | Yes | 2012.07.03, Email from Cadden to Chin re cleanliness issues with UniClean materials |
| 232 | | 10/4/2017 | | Yes | 2012.07.09, Email from Cadden to Leary, Svirskiy & Chin re fungal bloom after Uniclean visit |
| 233 | | 10/4/2017 | | Yes | 2011.08.11, Email from Cadden to Chin re floor repair work |
| 234 | | 10/4/2017 | | Yes | 2012.08.23, Email chain from Higgins to Cadden re oil leaking in clean room 2 |
| 235 | | 10/4/2017 | | Yes | 2012.09.14, Email chain from Cadden to Svirskiy and Chin re floor repair work |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 236 | | 10/4/2017 | | Yes | 2012.09.21 -- Cadden e-mail to Ronzio re recall SOP |
| 237 | | 10/4/2017 | | Yes | 2012.09.25, Email from Cadden to Chin re changing the testing processes for steroids epidurals |
| 238 | | 10/4/2017 | | Yes | 012.09.25, Email from Cadden to Ronzio re customer complaint |
| 243 | | 10/4/2017 | | Yes | 2012.10.01, Email from G. Conigliaro to J. Coffey & S. Penta re environmental testing results |
| 657 | | 10/4/2017 | | Yes | 2012.10.12, Email chain from bayside.tech@verizon.net to Chin re autoclave.pdf |
| WIT | | 10/4/2017 | | | Government calls Annette Robinson, Hopkinton, MA |
| 691 | | 10/4/2017 | | Yes | 2010.10.29 Robinson email to Chin re SOPs |
| 692 | | 10/4/2017 | | Yes | 2012.01.02 Robinson email to Chin re Personnel Media Fills |
| 395 | | 10/4/2017 | | Yes | 2011.11.14, Email from Higgins to Cadden, Robinson re clean room HVAC off on weekends |
| 396 | | 10/4/2017 | | Yes | 2012.08.28, Email from Cadden to Robinson re stock testing results |
| 397 | | 10/4/2017 | | Yes | Touch Plate Log for January-April 2012 |
| 695 | | 10/5/2017 | | Yes | 2012.08.02, Email chain from Robinson to Chin and Cadden re ARL notification |
| 693 | | 10/5/2017 | | Yes | 2012.08.02, Email chain from Robinson to Cadden re triamcicolone failed high |
| 694 | | 10/5/2017 | | Yes | 2012.08.31, Email chain from Robinson to Chin re failing results for mannitol lot 08242012@11 |
| 696 | | 10/5/2017 | | Yes | 2012.08.01, Email from Robinson to Chin re 07272012@41 failed low |
| 398 | | 10/5/2017 | | Yes | 2012.08.08 email from ARL to Annette Robinson re test results |
| 342 | | 10/5/2017 | | Yes | 2012.08.09, Email chain from Cadden to Arafat re positive growth sample |
| 399 | | 10/5/2017 | | Yes | 2012.08.09, Email chain from Robinson to Arafat re OOS investigation for positive growth sample |
| 400 | | 10/5/2017 | | Yes | 2012.08.10, Email chain from Robinson to Cadden re no more investigation into non-sterile result |
| 401 | | 10/5/2017 | | Yes | 08272012@87 Preliminary C of A |
| 349 | | 10/5/2017 | | Yes | 2012.09.06, Email from Amar Arafat to Robinson & Cadden re update on samples |
| 402 | | 10/5/2017 | | Yes | 2012.09.12, Email from M. Haynes to Annette Robinson re environmental monitoring |
| 406 | | 10/5/2017 | | Yes | SOP 2.030, Attachment 1 – Media Fill Validation of Sterile Compounding |
| 241 | | 10/5/2017 | | Yes | 2012.09.28 Cadden email to Robinson re environmental monitoring |
| 408 | | 10/5/2017 | | Yes | 2012.09.27, Email from Mesa Labs to Annette Robinson attaching order confirmation |
| 409 | | 10/5/2017 | | Yes | 2012.10.01, Email from Chris Deshner to Annette Robinson re Mesa Labs order confirmation |
| 698 | | 10/5/2017 | | Yes | Robinson emails to clean room re environmental monitoring.pdf |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| WIT | | 10/5/2017 | | | Government calls Samuel Penta, Boston, MA |
| 412 | | 10/5/2017 | | Yes | 247 CMR - Board of Registration in Pharmacy, MA |
| 418 | | 10/5/2017 | | Yes | 2011.05.24, Final inspection report |
| 419 | | 10/6/2017 | | Yes | 2008.12.02, Letter from MA BOP to Scott Connolly re pharmacy technician registration |
| 420 | | 10/6/2017 | | Yes | 2012.09.25 Manning email to Coffey re NECC and attachments |
| 421 | | 10/6/2017 | | Yes | 2012.09.25, Email chain from Coffey to Cadden re follow up inquiry from methylpred conference ca |
| 422 | | 10/6/2017 | | Yes | 2012.10.01, Quarantine Notice from MA DPH |
| 423 | | 10/6/2017 | | Yes | Vials of Methylpred (physical evidence) |
| 424 | | 10/6/2017 | | Yes | mold or dust inside glovebox 2 |
| 425 | | 10/6/2017 | | Yes | mold or dust inside glovebox |
| 426 | | 10/6/2017 | | Yes | 2012.10.02, Voluntary Surrender Agreement for NECC pharmacy |
| 427 | | 10/6/2017 | | Yes | Photo, Pan for leaking boiler |
| 428 | | 10/6/2017 | | Yes | leak in boiler room 2 |
| 429 | | 10/6/2017 | | Yes | leaking pipes 2 |
| 430 | | 10/6/2017 | | Yes | Photo of Mylar Bag labeled Interventional Rehab |
| 431 | | 10/6/2017 | | Yes | Photo of Vial of Methylpred with Black Spot |
| 432 | | 10/6/2017 | | Yes | Photo of Vial of Methylpred from Interventional Rehab |
| | 229 | 10/6/2017 | | Yes | Dr. DiMaria Email to Samuel Penta |
| | 230 | 10/6/2017 | | Yes | Email from Greg Conigliaro |
| WIT | | 10/6/2017 | | | Government calls Stacey Degarmo, Stoneham, MA |
| 443 | | 10/6/2017 | | Yes | Photo of NECC parking lot |
| 444 | | 10/6/2017 | | Yes | DME-5,6,7 |
| 439 | | 10/10/2017 | | Yes | Photo, Potas. CL label for lot 08162012@67 |
| 441 | | 10/10/2017 | | Yes | Photo, Methylprednisolone label for 08082012@103 |
| 442 | | 10/10/2017 | | Yes | Photo, Methylprednisolone label for lot 09052012@7 |
| 445 | | 10/10/2017 | | Yes | photo of vial of Methylprednisolone |
| 446 | | 10/10/2017 | | Yes | vial of methylpred with visible particulate |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | vs. | GLENN A. CHIN | | CASE NO. 14-CR-10363-RGS | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 449 | | 10/10/2017 | | Yes | NECC 483 | |
| WIT | | 10/10/2017 | | | Government calls Almaris Alonso, White Oak, MD | |
| 453 | | 10/10/2017 | | Yes | photo of investigators in clean room | |
| 456 | | 10/10/2017 | | Yes | Photo, investigators in clean room | |
| 454 | | 10/10/2017 | | Yes | 716444 CR | |
| 452 | | 10/10/2017 | | Yes | photo of swabbing of glove box | |
| 455 | | 10/10/2017 | | Yes | photo of ball in powder hood | |
| 457 | | 10/10/2017 | | Yes | Photo, Glenn Chin in clean room | |
| 458 | | 10/10/2017 | | Yes | Photo, Exterior view of pass through | |
| 702 | | 10/10/2017 | | Yes | Photo of autoclave door | |
| 703 | | 10/10/2017 | | Yes | Photo of inside of autoclave | |
| 704 | | 10/10/2017 | | Yes | Photo of condensation on inside of autoclave | |
| 700 | | 10/10/2017 | | Yes | Photo of sterilized syringes | |
| 701 | | 10/10/2017 | | Yes | Photo of sterilized syringes II | |
| WIT | | 10/11/2017 | | | Government calls Philip Istafanos, Jamaica, NY | |
| 459 | | 10/11/2017 | | Yes | 693965 Worksheets | |
| 461 | | 10/11/2017 | | Yes | CIE 12-0599-41276 Item 2 | |
| 462 | | 10/11/2017 | | Yes | INV 716444 | |
| 463 | | 10/11/2017 | | Yes | CIE 12-0599-29704 Item 1 | |
| | 231 | 10/11/2017 | | Yes | Analyst worksheet | |
| WIT | | 10/11/2017 | | | Government calls Jeffrey Kohn, Jamaica, NY | |
| 475 | | 10/12/2017 | | Yes | 744517 Worksheet | |
| 476 | | 10/12/2017 | | Yes | 744517 - Sub 1 | |
| 477 | | 10/12/2017 | | Yes | 744517 - Sub 4E | |
| 478 | | 10/12/2017 | | Yes | CIE 12-0599-41276 Item 3 | |
| 707 | | 10/12/2017 | | Yes | Worksheets 756981 | |
| 706 | | 10/12/2017 | | Yes | Sub 02 756981 | |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 705 | | 10/12/2017 | | Yes | Sub 11 756981 |
| 708 | | 10/12/2017 | | Yes | Sub 12 756981 |
| WIT | | 10/12/2017 | | | Government calls Haydee Romero, Jamaica, NY |
| 464 | | 10/12/2017 | | Yes | 693966 NECC worksheets |
| 465 | | 10/12/2017 | | Yes | 693966 Photo (3) |
| 466 | | 10/12/2017 | | Yes | 693966 Photo (1) |
| 467 | | 10/12/2017 | | Yes | 693966 Photo (2) |
| 468 | | 10/12/2017 | | Yes | 764940 Worksheets |
| 469 | | 10/12/2017 | | Yes | 764940 Photo (1) |
| 470 | | 10/12/2017 | | Yes | 764940 Photo (2) |
| 471 | | 10/12/2017 | | Yes | 755216 worksheets |
| 472 | | 10/12/2017 | | Yes | 755217 worksheets |
| 473 | | 10/12/2017 | | Yes | 758778 worksheets |
| 474 | | 10/12/2017 | | Yes | CIE 174711 Item 3 |
| WIT | | 10/12/2017 | | | Government calls Michael Masselli, Denver, CO |
| 479 | | 10/12/2017 | | Yes | 717145 Worksheets |
| 481 | | 10/12/2017 | | Yes | 717148 Worksheets |
| 480 | | 10/12/2017 | | Yes | CIE 12-0599-29704 Item 3 |
| 482 | | 10/12/2017 | | Yes | CIE 12-0599-41276 Item 1 |
| WIT | | 10/12/2017 | | | Government calls Patricia Stahnke, Denver, CO |
| 483 | | 10/12/2017 | | Yes | 731697 Worksheets |
| 484 | | 10/12/2017 | | Yes | CIE 12-0599-29704 Item 2 |
| | 248 | 10/12/2017 | | Yes | Analyst worksheet |
| | 249 | 10/12/2017 | | Yes | Analyst worksheet |
| WIT | | 10/12/2017 | | | Government calls Henry Lau, Alameda, CA |
| 485 | | 10/12/2017 | | Yes | 163165MIC |
| 486 | | 10/12/2017 | | Yes | CIE 12-0599-29704 Item 5 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | VS. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 487 | | 10/12/2017 | | Yes | 691076MIC |
| 488 | | 10/12/2017 | | Yes | 504299 Testing from San Francisco Lab |
| 489 | | 10/12/2017 | | Yes | CIE 12-0599-29704 Item 4 |
| WIT | | 10/12/2017 | | | Government calls Jonathan Yenovkian, Alameda, CA |
| 490 | | 10/12/2017 | | Yes | 756982MIC |
| 491 | | 10/12/2017 | | Yes | 439758MIC |
| 492 | | 10/12/2017 | | Yes | 439757MIC |
| WIT | | 10/16/2017 | | | Government calls Mary Brandt, Atlanta, GA |
| 493 | | 10/16/2017 | | Yes | Microscopy of Aspergillus |
| 494 | | 10/16/2017 | | Yes | Image of Exserohilum |
| 495 | | 10/16/2017 | | Yes | CDC test reports, T. Rybinski |
| 497 | | 10/16/2017 | | Yes | CDC Test resports, D. Kruzich |
| 498 | | 10/16/2017 | | Yes | CDC test report, L. Laperriere, cerebral spinal fluid |
| 500 | | 10/16/2017 | | Yes | CDC test reports, M. Plettl |
| 502 | | 10/16/2017 | | Yes | CDC test reports, S. Roe |
| 504 | | 10/16/2017 | | Yes | CDC test report, E. Todd |
| 505 | | 10/16/2017 | | Yes | CDC test reports, M. Hester |
| 507 | | 10/16/2017 | | Yes | CDC test reports, D. McDavid |
| 509 | | 10/16/2017 | | Yes | CDC test report, D. Reed, brain |
| 511 | | 10/16/2017 | | Yes | CDC test reports, C. Wetton |
| 513 | | 10/16/2017 | | Yes | CDC test reports, P. Burema |
| 515 | | 10/16/2017 | | Yes | CDC test report, B. Kashi, cerebral spinal fluid |
| 516 | | 10/16/2017 | | Yes | CDC test reports, B. Rozek |
| 518 | | 10/16/2017 | | Yes | CDC test report, E. Young |
| 519 | | 10/16/2017 | | Yes | CDC test reports, K. Sinclair |
| 520 | | 10/16/2017 | | Yes | CDC test reports, D. Wingate |
| 522 | | 10/16/2017 | | Yes | CDC test reports, E. Shaw |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES | | VS. | GLENN A. CHIN | | CASE NO. 14-CR-10363-RGS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 496 | | 10/16/2017 | | Yes | CDC pathology report, T. Rybinski |
| 499 | | 10/16/2017 | | Yes | CDC pathology report, L. Laperriere, central nervous system |
| 501 | | 10/16/2017 | | Yes | CDC pathology report, M. Plettl, cerebral spinal fluid |
| 503 | | 10/16/2017 | | Yes | CDC pathology report, S. Roe |
| 506 | | 10/16/2017 | | Yes | CDC Pathology report, M. Hester |
| 508 | | 10/16/2017 | | Yes | CDC pathology report, D. McDavid |
| 510 | | 10/16/2017 | | Yes | Reed Pathology Report |
| 512 | | 10/16/2017 | | Yes | CDC Pathology Report, C. Wetton |
| 514 | | 10/16/2017 | | Yes | CDC pathology report, P. Burema |
| 517 | | 10/16/2017 | | Yes | CDC pathology report, B. Rozek |
| 521 | | 10/16/2017 | | Yes | Wingate Pathology Report |
| 523 | | 10/16/2017 | | Yes | CDC pathology report, E. Shaw |
| 524 | | 10/16/2017 | | Yes | CDC Pathology report, K. Baxter |
| 525 | | 10/16/2017 | | Yes | CDC Pathology Report, K. Dillon |
| 526 | | 10/16/2017 | | Yes | CDC Pathology report, G. Gipson |
| 527 | | 10/16/2017 | | Yes | CDC pathology report, Alice Machowiak |
| 528 | | 10/16/2017 | | Yes | CDC pathology report, G. Mitchell |
| 529 | | 10/16/2017 | | Yes | CDC Mycotic Lab Testing Spreadsheet |
| 711 | | 10/16/2017 | | Yes | CDC Isolate report from FDA |
| WIT | | 10/16/2017 | | | Government calls Sudha Chaturvedi, Albany, NY |
| 531 | | 10/16/2017 | | Yes | Mycology invest. Vials_112812 |
| WIT | | 10/16/2017 | | | Government calls David Craft, Cincinnati, OH |
| 532 | | 10/16/2017 | | Yes | CIE 174782 Item 5 |
| 533 | | 10/16/2017 | | Yes | 789348 worksheets |
| 712 | | 10/17/2017 | | Yes | 795706 Summary |
| 713 | | 10/17/2017 | | Yes | 818583 Summary |
| 714 | | 10/17/2017 | | Yes | 795675 Summary |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | GLENN A. CHIN | | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| WIT | | 10/17/2017 | | | Government calls Michael Laeder, Port Huron, MI |
| 535 | | 10/17/2017 | | Yes | Attn Pharmacy Buyer |
| 537 | | 10/17/2017 | | Yes | NECC Can Provide Backordered |
| 534 | | 10/17/2017 | | Yes | 2012.09.21 McLaughlin email to Laeder with General policies attached |
| 538 | | 10/17/2017 | | Yes | Port Huron order form and invoice |
| WIT | | 10/17/2017 | | | Government calls Eric Kastango, Florham Park, NJ |
| 539 | | 10/17/2017 | | Yes | USP 1 |
| | 263 | 10/18/2017 | | Yes | Email Cadden cc Ronzio |
| | A | 10/18/2017 | Yes | No | Logged formula worksheet 8/31/2012 |
| WIT | | 10/18/2017 | | | Government calls Ann Burgess, West Newton, MA |
| 590 | | 10/18/2017 | | Yes | 2012.08.16 MPA Injection Baxter, Karina |
| 592 | | 10/18/2017 | | Yes | Photo of P. Brent |
| 594 | | 10/18/2017 | | Yes | Photo of Gayle Gipson |
| 596 | | 10/18/2017 | | Yes | Photo of D. Kruzich |
| 598 | | 10/18/2017 | | Yes | Photo of L. Laperriere |
| 600 | | 10/18/2017 | | Yes | Photo of M. Plettl |
| 602 | | 10/18/2017 | | Yes | Photo of S. Roe |
| 604 | | 10/18/2017 | | Yes | Photo of E. Todd |
| 606 | | 10/18/2017 | | Yes | Marie Hester Records |
| 610 | | 10/18/2017 | | Yes | Eddie Lovelace Records |
| 613 | | 10/18/2017 | | Yes | Donald McDavid Records |
| 617 | | 10/18/2017 | | Yes | Diana Reed Records |
| 619 | | 10/18/2017 | | Yes | Thomas Rybinski Records |
| 621 | | 10/18/2017 | | Yes | Carol Wetton Records |
| 623 | | 10/18/2017 | | Yes | Earline Williams Records |
| 626 | | 10/18/2017 | | Yes | Pauline Burema Records |
| 628 | | 10/18/2017 | | Yes | Kathy Dillon Records |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 631 | | 10/18/2017 | | Yes | Alice Machowiak Records |
| 633 | | 10/18/2017 | | Yes | Bahman Kashi Records |
| 635 | | 10/18/2017 | | Yes | Brenda Rozek Records |
| 638 | | 10/18/2017 | | Yes | Edna Young records |
| 641 | | 10/18/2017 | | Yes | Kathy Sinclair Records |
| 643 | | 10/18/2017 | | Yes | Douglas Wingate Records |
| 645 | | 10/18/2017 | | Yes | Godwin Mitchell Records |
| 647 | | 10/18/2017 | | Yes | Effie Shaw Records |
| WIT | | 10/18/2017 | | | Government calls Joseph Ridgley, Wakefield, MA |
| 541 | | 10/19/2017 | | Yes | Count 4 - Michigan Pain Order 080712 |
| 542 | | 10/19/2017 | | Yes | Count 5 - Specialty Surgery Center Order 071212 |
| 543 | | 10/19/2017 | | Yes | Count 6 - Specialty Surger Center Order 081312 |
| 544 | | 10/19/2017 | | Yes | Count 7 - St. Thomas Order 062612 |
| 545 | | 10/19/2017 | | Yes | Count 8 - St. Thomas Order 072412 |
| 546 | | 10/19/2017 | | Yes | Count 9 - St. Thomas Order 081012 |
| 547 | | 10/19/2017 | | Yes | Count 10 - St. Thomas Order 083112 |
| 548 | | 10/19/2017 | | Yes | Count 11 - OSMC Order 062112 |
| 549 | | 10/19/2017 | | Yes | Count 12 - OSMC Order 071312 |
| 550 | | 10/19/2017 | | Yes | Count 13 - OSMC Order 073112 |
| 551 | | 10/19/2017 | | Yes | Count 14 - OSMC Order 082712 |
| 552 | | 10/19/2017 | | Yes | Count 15 - OSMC Order 091012 |
| 553 | | 10/19/2017 | | Yes | Count 16 - South Bend Order 081512 |
| 554 | | 10/19/2017 | | Yes | Count 17 - South Bend Order 092412 |
| 555 | | 10/19/2017 | | Yes | Count 18 - Marion Pain Order 062812 |
| 556 | | 10/19/2017 | | Yes | Count 19 - Marion Pain Order 081412 |
| 557 | | 10/19/2017 | | Yes | Count 20 - Box Hill Order 081312 |
| 558 | | 10/19/2017 | | Yes | Count 21 - Box Hill Surgery Center Order 092412 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | GLENN A. CHIN | CASE NO. 14-CR-10363-RGS |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 559 | | 10/19/2017 | | Yes | Count 22 - Insight Imaging Order 070912 |
| 560 | | 10/19/2017 | | Yes | Count 23 - Insight Imaging Order 072612 |
| 561 | | 10/19/2017 | | Yes | Count 24 - Insight Imaging Order 081712 |
| 562 | | 10/19/2017 | | Yes | Count 25 - Insight Imaging Order 090612 |
| 563 | | 10/19/2017 | | Yes | Count 26 - Highpoint Surgery Center Order 062512 |
| 564 | | 10/19/2017 | | Yes | Count 27 - High Point Order 071312 |
| 565 | | 10/19/2017 | | Yes | Count 28 - High Point Order 080712 |
| 566 | | 10/19/2017 | | Yes | Count 29 - High Point Order 081312 |
| 567 | | 10/19/2017 | | Yes | Count 30 - High Point Order 092012 |
| 568 | | 10/19/2017 | | Yes | Count 31 - Good Shepherd Order |
| 569 | | 10/19/2017 | | Yes | Count 36 - Port Huron Order |
| 570 | | 10/19/2017 | | Yes | Count 38 - Sentara Order |
| 571 | | 10/19/2017 | | Yes | Count 44 - Southboro Medical Group Order |
| 572 | | 10/19/2017 | | Yes | Count 45 - Decatur Memorial Order |
| 573 | | 10/19/2017 | | Yes | Count 46 - The Retina Group Order |
| 574 | | 10/19/2017 | | Yes | Count 47 - Lewis Gale Order |
| 575 | | 10/19/2017 | | Yes | Count 48 - Osceola Order |
| 576 | | 10/19/2017 | | Yes | Count 49 - Baptist Medical Order |
| 577 | | 10/19/2017 | | Yes | Count 50 - North Shore Medical Order |
| 578 | | 10/19/2017 | | Yes | Count 51 - Sunrise Hospital 062411 Order |
| 579 | | 10/19/2017 | | Yes | Count 52 - Saint Vincent's Order |
| 580 | | 10/19/2017 | | Yes | Count 53 - Sunrise 021712 Order |
| 581 | | 10/19/2017 | | Yes | Count 54 - St. Peter's Order |
| 582 | | 10/19/2017 | | Yes | Count 55 - West Virginia Order |
| 583 | | 10/19/2017 | | Yes | Count 56 - Sunrise 080312 Order |
| 584 | | 10/19/2017 | | Yes | Summary of Shipments of Methylprednisolone |
| 585 | | 10/19/2017 | | Yes | Summary of Shipments of Nonsterile Lots |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | VS. | GLENN A. CHIN | | CASE NO. 14-CR-10363-RGS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 587 | | 10/19/2017 | | Yes | Summary of Shipments of Expired Drugs |
| 709 | | 10/19/2017 | | Yes | C of A for Phosphatidylcholine WQ0158 |
| 710 | | 10/19/2017 | | Yes | C of A for Phosphatidylcholine WR0374 |
| 586 | | 10/19/2017 | | Yes | Summary of Shipments Unlicensed Tech |
| 588 | | 10/19/2017 | | Yes | Summary of Lots that exceed Logged Formula Worksheets |
| | B | 10/19/2017 | | Yes | Stipulation re Fax |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |