UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | 14-10363-RGS |
| GLENN A. CHIN, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Intervenor Trustees of Boston University, through its radio station, WBUR ("WBUR"), appeals to the United States Court of Appeals for the First Circuit from the Court's October 27, 2017 Order (ECF No. 1281), denying WBUR's motion for access to the names and addresses of the jurors in this case. (ECF No. 1245).

TRUSTEES OF BOSTON UNIVERSITY,

By its attorney,

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle (BBO #647438)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
(617) 456-8000
(617) 456-8100 (fax)
jpyle@princelobel.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on November 16, 2017.

/s/ *Jeffrey J. Pyle*
Jeffrey J. Pyle

2834189.v1