UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES

v.

GLENN A. CHIN

ORDER ON MOTION OF TRUSTEES
OF BOSTON UNIVERSITY TO UNSEAL
JUROR NAMES AND ADDRESSES

January 31, 2018

STEARNS, D.J.

Now, consistent with the court's prior Order, and the sentencing of defendant having now been concluded, the court hereby posts the names and city or town of residence of those citizens who served as jurors for the duration of the trial of this case.

Foreperson of the Jury

Bokari A. Williams
Lowell

Jurors

| Vanessa Walsh-Diaz | Sarah E. Desmariais | Kimberly L. Welch |
| Attleboro | Brighton | Salisbury |
| | | |
| Karen C. Salides | Michelle A. Daunais | Sara N. Urquilla |
| Chelsea | Weymouth | Boston |

| | | |
|---|---|---|
| James W. Preston<br>Ayer | Daniel Nichols<br>Lakeville | Nancy J. Federico<br>Wrentham |
| Bethany J. Whitemyer<br>Rockland | Jennifer O. Schuster<br>Sharon | Fanny J. Zhou<br>Quincy |
| Barry Christopher<br>Boston | | |

SO ORDERED.

<u>/s/ Richard G. Stearns</u>

UNITED STATES DISTRICT JUDGE