UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES

v.

GLENN A. CHIN

DISCLOSURE OF JUROR ADDRESSES TO WBUR

February 13, 2019

STEARNS, D.J.

Now, consistent with the First Circuit's Mandate dated February 8, 2019, the court hereby provides to WBUR the names and addresses of those citizens who served as jurors for the duration of the trial of this case.

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Jeffrey Jackson Pyle
Prince Lobel Tye LLP
Suite 3700
One International Place
Boston, MA 02110