# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:  Livingston County Jail; 150 S Highlander Way, Howell, MI 48843

YOU ARE COMMANDED to have the body of  GLENN CHIN (via zoom)

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 21 , on the 7th floor, Boston, Massachusetts on or before July 7, 2021 , at 10:00 AM.

for the purpose of  Resentencing

in the case of   UNITED STATES OF AMERICA V.  GLENN CHIN

CR Number  14-10363-RGS

And you are to retain the body of said  GLENN CHIN  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  GLENN CHIN  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this  24th  day of  JUNE 2021 .

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

ROBERT M. FARRELL
CLERK OF COURT

By: /s/ Timothy R. Maynard
        Deputy Clerk

(Habeas Writ.wpd - 5/27/08)